UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM P. GRADER and JAMES E. GRADER,<br><br>Petitioners,<br><br>v.<br><br>JEANNINE A. GRADER, GORDON SWANSON, and JOHN H. GRADER,<br><br>Respondents. | C20-709 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Petitioners' motion to remand, docket no. 8, is GRANTED. Petitioners' action under Washington's Trust and Estate Dispute Resolution Act ("TEDRA"), originally filed in state court, involved a claim against Jeannine Grader for breach of fiduciary duties. The state court ordered a final accounting and authorized discovery, but reserved all other claims, including damages, for later determination. Minute Entry and Order on Initial TEDRA Hearing (docket no. 7 at 153-155). Thereafter, by letter dated October 31, 2019, Jeannine Grader's attorney acquired actual knowledge that damages of $240,189 were sought against his client. Ex. B to Dale Decl. (docket no. 8-1 at 44-46). Respondent Jeannine Grader's removal of this matter in May 2020, substantially more than thirty (30) days later, was untimely. *See* 28 U.S.C. § 1446(b)(3).

(2) Petitioners' request for attorney's fees and costs pursuant to 28 U.S.C. § 1447(c) is also GRANTED. Petitioners shall file any motion and supporting declaration for attorney's fees and costs within ten (10) days of the date of this Minute Order.

MINUTE ORDER - 1

(3)     This case is REMANDED to the Superior Court of the State of Washington in and for Snohomish County, effective fourteen (14) days after the date of this Minute Order.  At the time this remand takes effect, the Clerk shall mail a certified copy of this Minute Order to the Clerk of the Snohomish County Superior Court.  *See* 28 U.S.C. § 1447(c).

(4)     Respondent Jeannine Grader's motion to dismiss, docket no. 18, is STRICKEN without prejudice to refiling in the Snohomish County Superior Court after the remand of this matter is effectuated.

(5)     The Clerk is further DIRECTED to send a copy of this Minute Order to all counsel of record.

Dated this 16th day of July, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2