UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIAM P. GRADER, and JAMES E. GRADER,

Petitioners,

v.

JEANINE A. GRADER, GORDON SWANSON, and JOHN H. GRADER,

Respondents.

C20-709 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Petitioners' unopposed motion for attorney's fees and costs, docket no. 23, is GRANTED. Respondents shall pay petitioners' fees and costs in the total amount of $8,048.75 within 10 days and file a certification of payment with the Court. Petitioners' motion for attorney's fees, docket no. 21 is STRICKEN as moot.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 24th day of August, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1